No. 972. MANUFACTURERS TRUST CO., TRUSTEE, *v.* BACHRACH. May 21, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Basil Robillard* for petitioner. *Mr. Milton Hertz* for respondent.

No. 976. McNAIR, RECEIVER, *v.* DAVIS. May 21, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Kenneth I. McKay* and *Maynard Ramsey* for petitioner. *Mr. George C. Bedell* for respondent.

No. 1006. NAVIGAZIONE LIBERA TRIESTINA SOCIETA ANONYME ET AL. *v.* MONAHOS ET AL.; and

No. 1007. SAME *v.* F. ROMEO & CO., INC. May 21, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Homer L. Loomis* for petitioners. *Mr. Harry D. Thirkield* for respondents in No. 1006. *Messrs. Oscar R. Houston* and *F. Herbert Prem* for respondent in No. 1007.

No. 1056. DAVIS *v.* ADERHOLD, WARDEN. May 28, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Henry Davis, pro se.* No appearance for respondent.

No. 1078. LONG *v.* MICHIGAN. May 28, 1934. Petition for writ of certiorari to the Supreme Court of Michigan, and motion for leave to proceed further *in forma*